IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:91-CR-195-WKW |
| | ) | |
| JACK RENARD WOODS | ) | |

## **ORDER**

On December 1, 2014, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 603.) Upon an independent review of the file in this case and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED and that Defendant's motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) is DENIED.

DONE this 24th day of December, 2014.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE